IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01320–EWN–CBS

TIMOTHY J. NELSON,

    Plaintiff,

v.

UNITES STATES BUREAU OF LAND MANAGEMENT;
UNITED STATES DEPARTMENT OF THE INTERIOR;
DOES I-X,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed July 13, 2005. Plaintiff has objected to the recommendation. He has also filed a motion to file several newly-discovered documents in support of his motion for summary judgment. The court has reviewed all documents and determines that they do not serve to undercut the magistrate judge's recommendation in this case. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation, and the objections. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

2. Defendants' motion for summary judgment. (#22) is GRANTED. The clerk will enter judgment in favor of Defendants and against Plaintiff, dismissing the case with prejudice.

3. Plaintiff's motion for summary judgment (#30) is DENIED.

4. Plaintiff's motion to supplement the motion for summary judgment (#50) is GRANTED.

5. All other pending motions are DENIED as moot.

DATED this 31st day of March, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge